

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:     *The City of Houston  v. Atser, L.P.*

Appellate case number:   01-10-00240-CV

Trial court case number: 2008-48039

Trial court:             334th District Court, Harris Cnty., Tex.


On October 29, 2012, Appellant filed a motion for en banc reconsideration. It is **ordered** that Appellee's response, if any, is due **Monday, December 3, 2012**. We request that, in the response, if any, Appellee address the impact of the Texas Supreme Court's decision in *Rusk State Hospital v. Black* on the analysis of our appellate jurisdiction. *See Rusk State Hospital v. Black*, No. 10-0548, 2012 WL 3800218, at *6 (Tex. Aug. 31, 2012) ("We hold that if immunity is first asserted on interlocutory appeal, [Civil Practice and Remedies Code] section 51.014(a) does not preclude the appellate court from having to consider the issue at the outset in order to determine whether it has jurisdiction to address the merits.").

It is furthered **ordered** that Appellant's reply, if any, is due **Monday, December 10, 2012**.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
              ☑ Acting individually     ☐ Acting for the Court


Date: November 21, 2012